FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JADE WILCOX on behalf of herself and all others similarly situation,<br><br>                Plaintiff,<br><br>v.<br><br>JAMES CRAIG SWAPP, individually; and SWAPP LAW, PLLC, doing business as Craig Swapp and Associates,<br><br>                Defendants. | NO: 2:17-CV-275-RMP<br><br>ORDER GRANTING STIPULATED MOTION FOR A PROTECTIVE ORDER |

Before the Court is the parties' Stipulated Motion for a Protective Order, ECF No. 36. The Court has reviewed the terms and finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for a Protective Order, **ECF No. 36**, is **GRANTED**.

ORDER GRANTING STIPULATED MOTION FOR A PROTECTIVE ORDER ~ 1

2. The Protective Order will be entered as a separate document on the Court's docket in this matter.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** March 21, 2018.

                                          *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                      United States District Judge