FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JADE WILCOX, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br>JAMES CRAIG SWAPP, individually; and SWAPP LAW, PLLC, doing business as Craig Swapp and Associates,<br><br>　　　　　　　　Defendants. | No. 2:17-CV-00275-RMP<br><br>**ORDER SETTING SETTLEMENT CONFERENCE** |

　　By referral from the Honorable Rosanna Malouf Peterson, a settlement conference shall be held on **Thursday**, **May 23, 2019** at **8:30 a.m.** before the undersigned, at the United States Courthouse in **Yakima**, Washington.

　　1. No later than **April 8, 2019**, Defendants shall disclose to counsel for Plaintiffs a summary of Defendants' financial information; additional data supporting that information shall be disclosed no later than **May 1, 2019**.

　　2. In preparation for the settlement conference, each party shall fax or mail an *in camera* confidential letter, and any attachments, to the undersigned so that it is received no later than **May 7, 2019**. The letters shall be not be filed with the Court

ORDER - 1

Clerk. The letters shall be faxed to Hon. Lonny R. Suko at (509) 573-6651, or mailed to Hon. Lonny R. Suko at P.O. Box 2706, Yakima, WA, 98907, and set forth the following:

    a. A brief analysis of the key issues involved in the litigation;

    b. A description of the strongest and weakest points in your case, both legal and factual;

    c. A description of the strongest and weakest points in your *opponent's* case, both legal and factual;

    d. The status of any settlement negotiations, including the last settlement proposal made by you and to you;

    e. The settlement proposal that you believe would be fair; and

    f. Based on current information, a settlement proposal that you would be willing to make in order to conclude the matter and stop the expense of litigation.

Failure to timely submit an in camera letter may result in the imposition of sanctions. **If the court requests that any additional information be sent to it by e-mail, that information shall be sent to SukoOrders@waed.uscourts.gov.**

    3. Local Rule 16.2(d) requires counsel to personally attend the settlement conference and come prepared to discuss the following matters in detail and in good faith:

ORDER - 2

      (1) All liability issues;

      (2) All damages issues; and

      (3) The position of his/her client relative to settlement.

In addition, Local Rule 16.2(e) mandates attendance at the settlement conference by each party and its representative with full settlement authority. Failure to comply with the rules for attendance may result in the imposition of sanctions.

    4. Counsel of record will be responsible for timely advising any involved non-party insurance company of the requirements of this order. This judge may, in his discretion, converse with the lawyers, the parties, the insurance representatives, or any one of them, outside of the hearing of the other.

    5. Prior to the settlement conference, the attorneys are directed to discuss settlement with their respective clients and any insurance representative(s), and opposing parties are directed to discuss settlement so the parameters of settlement have been explored in advance of the settlement conference.

    6. The purpose of the settlement conference is to permit an informal discussion between the attorneys, parties, non-party indemnitors or insurer, if any, and this judge of every aspect of the lawsuit bearing on its settlement value, thus permitting this judge to privately express his views concerning the settlement value of the parties' claims.

    7. All communications made in connection with the settlement conference are

ORDER - 3

confidential and will not be disclosed to anyone. Any documents requested and submitted for the settlement conference will be maintained in chambers and will be destroyed after the conference. Neither the settlement conference statements nor communications of any kind occurring during the settlement conference can be used by any party with regard to any aspect of the litigation or trial of this case.

**IT IS SO ORDERED.** The District Executive shall forward copies of this order to counsel of record and to Hon. Rosanna Malouf Peterson.

DATED this 18th day of March, 2019.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 4