# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JADE WILCOX, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs<br><br>SWAPP LAW, PLLC, DBA CRAIG SWAPP AND ASSOCIATES; and JAMES CRAIG SWAPP, individually,<br><br>Defendants. | **Case No. CV 17-275-RMP**<br><br>**Related to Case No. CV 17-00122-RMP**<br><br>**SETTLEMENT CERTIFICATE** |

Plaintiff, on behalf of the Class, and Defendants, by and through their undersigned attorneys, and submit this Settlement Certificate in response to the Court's Text Only Order (ECF No. 129) of August 9, 2019:

At the end of the mediation with Senior Judge Lonny R. Suko on May 23, 2019, Plaintiff, on behalf of the Class, and Defendants reached a verbal agreement of the essential terms of a settlement of this litigation. This Court had certified a class under Rule 23 on January 25, 2019. The settlement intends to resolve the

SETTLEMENT CERTIFICATE: Page 1

claims of the Class. The agreement was reached with the understanding that the terms of the settlement would be subject to approval by the Court pursuant to Rule 23(e) and that a formal settlement agreement would be filed with the Court along with a motion for preliminary approval. Assuming that the Court grants preliminary approval of the Settlement Agreement, notice will be provided to the Class and Class Members will be provided time to object to or request exclusion from the Class, pursuant to Rule 23(e)(1), (2) and (5).

Since May 23, 2019, Class Counsel and Defendants have established an Escrow Account to hold the settlement funds until distribution to the Class. In addition, Class Counsel has solicited requests for proposals from professional settlement administrators, drafted a proposed formal settlement agreement and drafted a proposed class notice. Defendants have made the first of the multi-part payments required by the settlement to the Escrow Account. Defendants anticipate providing any edits or comments on the formal settlement agreement and class notice by mid-September.

As such, the Co-Lead Class Counsel and Defendants' Counsel expect to be able to file the formal settlement agreement and the motion for preliminary approval along with the class notice and recommendation for appointment of a settlement administrator by no later than October 4, 2019.

RESPECTFULLY SUBMITTED THIS 29th day of August, 2019.

| | |
|---|---|
| *Approved electronically* | /s/ James B. King |
| *R. Joseph Barton 8/29/19* | By: _____ |
| By: _____ | James B. King, WSBA No 8723 |
| R. Joseph Barton (admitted *pro hac vice*) | Evans, Craven & Lackie, P.S. |
| Block & Leviton LLP | 818 W. Riverside, Suite 250 |
| 1735 20th Street, NW | Spokane, WA 99201-0910 |
| Washington, DC 20009 | Tel: (509) 455-5200 |
| Tel: (202) 734-7046 | Fax (509) 455-3632 |
| Fax: (617) 507-6020 | Email: jking@ecl-law.com |
| Email: jbarton@blockesq.com | |
| | Barbara J. Duffy, WSBA No. 18885 |
| Thomas G. Jarrard, WSBA No. 39774 | Ryan P. McBride, WSBA No. 33280 |
| The Law Office of Thomas G. Jarrard, PLLC | Taylor Washburn, WSBA No. 51524 |
| | Lane Powell PC |
| 1020 N. Washington Street | 1420 Fifth Avenue, Suite 4200 |
| Spokane, WA 99201 | P.O. Box 91302 |
| Tel: (425) 239-7290 | Seattle, WA 98111 |
| Email: tjarrard@att.net | Tel: (206) 223-7000 |
| | Fax: (206) 223-7107 |
| Jason Leviton, WSBA No. 34106 | Email: duffyb@lanepowell.com |
| Block & Leviton LLP | Email: mcbrider@lanepowell.com |
| 260 Franklin Street, Suite 1860 | Email: washburnt@lanepowell.com |
| Boston, MA 02210 | |
| Tel: (617) 398-5600 | *Counsel for Defendants* |
| Fax: (617) 507-6020 | |
| Email: jason@blockesq.com | |
| *Co-Lead Class Counsel* | |

James R. Sweetser
Marcus Sweetser
Sweetser Law Office
1020 N. Washington Street
Spokane, WA 99201
Tel: (509) 328-0678
Email: jsweets@sweetserlawoffice.com
Email: msweetser@sweetserlawoffice.com
*Additional Counsel for Plaintiff*

SETTLEMENT CERTIFICATE: Page 3