# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JADE WILCOX, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs<br><br>SWAPP LAW, PLLC, DBA CRAIG SWAPP AND ASSOCIATES; and JAMES CRAIG SWAPP, individually,<br><br>Defendants. | **Case No. CV 17-275-RMP**<br><br>**Related to Case No. CV 17-00122-RMP**<br><br>**SECOND SETTLEMENT CERTIFICATE** |

Plaintiff, on behalf of the Class, and Defendants, by and through their undersigned attorneys, submit this Second Settlement Certificate in response to the Court's Text Only Order (ECF No. 129) of August 9, 2019:

On August 27, 2019, the parties filed a Settlement Certificate (ECF No. 130) in response to the Court's Text Only Order (ECF No. 129) of August 9, 2019. That Settlement Certificate stated that at the end of the mediation with Senior Judge Lonny R. Suko on May 23, 2019, Plaintiff, on behalf of the Class, and Defendants reached a verbal agreement of the essential terms of a settlement of this litigation. The Settlement Certificate also stated that Co-Lead Class Counsel and Defendants' Counsel expected to be able to file a formal settlement agreement and a motion for preliminary approval along with the class notice and recommendation for appointment of a settlement administrator by October 4, 2019.

SECOND SETTLEMENT CERTIFICATE: Page 1

Since filing that Settlement Certificate, Defendants have provided comments on the formal settlement agreement and the Parties expect to be able to finalize and execute the formal agreement shortly. Class Counsel and Defendants' counsel have agreed upon and finalized the form of the Class Notice. Class Counsel has drafted a Motion for Preliminary Approval and a proposed Order that will be provided to Defendants' counsel once the formal settlement agreement is finalized. Class Counsel has also conducted an additional analysis of the Class Data. Class Counsel has sought clarification of, requested and received revised proposals from professional settlement administrators that they are analyzing in order to propose a settlement administrator to the Court. Class Counsel is also preparing a Plan of Allocation proposing how the settlement proceeds should be distributed to the Class.

Co-Lead Class Counsel and Defendants' Counsel expect to be able to file the formal settlement agreement and the motion for preliminary approval along with the class notice and recommendation for appointment of a settlement administrator by no later than October 16, 2019. While the finalization of the settlement has taken a little longer than anticipated, both Class Counsel and Defendants' counsel have been diligently working on finalizing the settlement, the motion for preliminary approval and other documents to file with the Court.

| | |
|---|---|
| Dated October 4, 2019 | Respectfully submitted |
| By: *R. Joseph Barton* <br> R. Joseph Barton (admitted *pro hac vice*) <br> Block & Leviton LLP <br> 1735 20th Street, NW <br> Washington, DC 20009 <br> Tel: (202) 734-7046 <br> Fax: (617) 507-6020 <br> Email: jbarton@blockesq.com | By: *James B. King* <br> James B. King, WSBA No 8723 <br> Evans, Craven & Lackie, P.S. <br> 818 W. Riverside, Suite 250 <br> Spokane, WA 99201-0910 <br> Tel: (509) 455-5200 <br> Fax (509) 455-3632 <br> Email: jking@ecl-law.com |
| Thomas G. Jarrard, WSBA No. 39774 <br> 1020 N. Washington Street <br> Spokane, WA 99201 <br> Tel: (425) 239-7290 <br> Email: tjarrard@att.net | *Counsel for Defendants* |

Jason Leviton, WSBA No. 34106
Block & Leviton LLP
260 Franklin Street, Suite 1860
Boston, MA 02210
Tel: (617) 398-5600
Fax: (617) 507-6020
Email: jason@blockesq.com

*Co-Lead Class Counsel*

James R. Sweetser
Marcus Sweetser
Sweetser Law Office
1020 N. Washington Street
Spokane, WA 99201
Tel: (509) 328-0678
Email: jsweets@sweetserlawoffice.com;
msweetser@sweetserlawoffice.com

*Additional Counsel for Plaintiff*

SECOND SETTLEMENT CERTIFICATE: Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON October 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

By: *Thomas G. Jarrard*