AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 23, 2020**

SEAN F. McAVOY, CLERK

JADE WILCOX
on behalf of herself and all others similarly situation,

*Plaintiff*

v.

JAMES CRAIG SWAPP, individually; and SWAPP LAW, PLLC, doing business as Craig Swapp and Associates,

*Defendant*

Civil Action No. 2:17-CV-275-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, ECF No. 149, is GRANTED, and the Settlement Agreement is APPROVED. All claims alleged in the Amended Complaint, including class claims against Defendants, are dismissed with prejudice. Class Counsel's Motion for an Award of Attorneys' Fees and Expenses, ECF No. 144, and Plaintiff's Motion for Class Representative Service Award, ECF No. 143, are GRANTED. Attorneys' Fees and the Class Representative Service Award shall be paid consistent with the Settlement Agreement and this Court's Order granting final approval of the Settlement Agreement.

☐ decided by Judge   Rosanna Malouf Peterson

Date: July 23, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza